## LAYMAN ALLEN BURLISON v. JOHNNIE PARTIN BURLISON

15 So. (2nd) 767

June Term, 1943

December 3, 1943

Division B

E. K. McIlrath, or appellant.

Nathan Schevitz, for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.